James R. Bowen, for appellant.

Charles F. Bliss, for respondents.

*Per Curiam.* The record failing to show that the defendant resides within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs in each case to appellant to abide event.

---

ALFONSO BRACCO, Respondent, *v.* HYMAN SCHNITZER, Appellant.

APPEAL by the defendant from a judgment of the Municipal Court, second district, borough of Manhattan, rendered in favor of the plaintiff.

Nathan, Leventritt & Perham, for appellant.

MacElhinney & Martin, for respondent.

*Per Curiam.* The record failing to show that the defendant resides within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J., and MacLEAN, J.; LEVENTRITT, J., taking no part.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

SAMUEL HAAS, MICHAEL HAAS and MEYER KLEINER, Copartners, Doing Business Under the Firm Name of HAAS BROTHERS Co., Respondents, *v.* ALBERT HENDRICKS, Appellant.

APPEAL by defendant from a judgment of the Municipal Court, eighth district, borough of Manhattan, rendered in favor of the plaintiffs.

Cardozo Brothers, for appellant.

Maurice Meyer, for respondents.

*Per Curiam.* The record failing to show that the defendant resides within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

SAMUEL JANKELSON, Respondent, *v.* AUGUST RUFF, Appellant.

APPEAL from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, fourth district, borough of Manhattan.

Peter Cook, for appellant.

Leopold W. Harburger, for respondent.

*Per Curiam.* The record is silent as to the residence of the defendant. In the absence of proof of the jurisdictional fact that he resided within the county of New York, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

JULIUS LEWIN et al., Respondents, *v.* BERNARD TOBIN, Appellant.

APPEAL by the defendant from a judgment rendered in favor of the plaintiffs in the Municipal Court, first district, borough of Manhattan.

Abraham B. Schleimer, for appellant.

Robert L. Turk, for respondents.